FILE COPY



# TWELFTH COURT OF APPEALS

CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
BRIAN HOYLE
GREG NEELEY

CLERK
KATRINA MCCLENNY

CHIEF STAFF ATTORNEY
KERI L. HUNT

Monday, January 6, 2020

Mr. Michael J. West
Asst. District Attorney
4th Floor, Courthouse
100 North Broadway
Tyler, TX 75702
* DELIVERED VIA E-MAIL *

Mr. James W. Huggler Jr.
100 East Ferguson
Suite 805
Tyler, TX 75702
* DELIVERED VIA E-MAIL *

RE:     Case Number:              12-19-00145-CR
        Trial Court Case Number:  007-0797-17

Style:  Mark Allen Vanhouten
        v.
        The State of Texas

You are hereby notified that in the above-described case, the following decision and order was made and entered by this Court:

"THIS DAY came on to be considered Appellant's motion for extension of time to file brief herein; and the same being inspected, it is **ORDERED** that said motion be, and hereby is, **OVERRULED**.  It is FURTHER ORDERED that Appellant's brief be filed immediately."

Very truly yours,

By: Katrina McClenny
    Katrina McClenny, Clerk

1517 WEST FRONT STREET  •  SUITE 354  •  TYLER, TX 75702  •  TEL: 903-593-8471  •  FAX: 903-593-2193
Serving Anderson, Angelina, Cherokee, Gregg, Henderson, Houston, Nacogdoches, Rains, Rusk, Sabine, San Augustine, Shelby, Smith, Trinity, Upshur, Van Zandt and Wood Counties
http://www.txcourts.gov/12thcoa.aspx